# Court of Appeals
# of the State of Georgia

ATLANTA,  October 01, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0809. BIANCO v. RODMAN.**

On May 15, 2018, this Court granted Thomas Bianco's application for discretionary appeal of the trial court's order modifying the amount of child support due and declining to hold his ex-wife in contempt. Bianco thereafter filed a timely notice of appeal. After careful review of the record in this case, we conclude that the application for discretionary appeal was improvidently granted, and it is ordered that this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/01/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*